**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 0 5 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

HALLE MONA BUCKINGHAM

Criminal Indictment

No. **1:23 CR278**

THE GRAND JURY CHARGES THAT:

## Count One

On or about the 12th day of January, 2023, in the Northern District of Georgia, the defendant, HALLE MONA BUCKINGHAM, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| one (1) semiautomatic pistol | Romarm/Cugir | Micro Draco | 7.62 x 39 |
| one (1) rifle | Century Arms | VSKA | 7.62 x 39 |
| one (1) semiautomatic pistol | Glock | 23 Gen5 | 40 S&W |
| one (1) semiautomatic pistol | Glock | 43x | 9mm |

from Stoddard's Range and Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Stoddard's Range and Guns, which was intended and likely to deceive Stoddard's Range and Guns as to a fact material to the lawfulness of the sale of said firearms, in that the defendant represented she

resided at 5045 Rialto Way in Cumming, Georgia when in fact she did not, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count Two

On or about the 18th day of April, 2023, in the Northern District of Georgia, the defendant, HALLE MONA BUCKINGHAM, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| one (1) semiautomatic pistol | CZ | Scorpion 3 plus | 9mm |
| one (1) semiautomatic pistol | Glock | 19 Gen5 | 9mm |
| one (1) semiautomatic pistol | Ruger | Max-9 | 40 S&W |

from Stoddard's Range and Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Stoddard's Range and Guns, which was intended and likely to deceive Stoddard's Range and Guns as to a fact material to the lawfulness of the sale of said firearms, in that the defendant represented she resided at 5045 Rialto Way in Cumming, Georgia when in fact she did not, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, defendant HALLE MONA BUCKINGHAM, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

2

States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

Case 1:23-cr-00278-UNA   Document 9   Filed 09/05/23   Page 4 of 4

the United States intends to seek forfeiture of any other property of the defendant

up to the value of the forfeitable property, pursuant to Title 21, United States Code,

Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____ True _____ BILL

FOREPERSON

RYAN K. BUCHANAN

*United States Attorney*

*Noah R. Schechtman*

NOAH R. SCHECHTMAN
*Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

404-581-6000; Fax: 404-581-6181

4